UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER LAING,

     Petitioner,

v.                                            4:16cv560–WS/CAS

LORETTA LYNCH, et al.,

     Respondents.

_____

## ORDER OF DISMISSAL

     Before the court is the magistrate judge's report and recommendation (doc. 17) docketed January 10, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied as moot.

     Upon review of the record, this court has determined that the recommendation should be adopted.

     Accordingly, it is ORDERED:

     1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

     2. The petitioner's petition for writ of habeas corpus is hereby DENIED as

moot.

      3. The clerk shall enter judgment stating: "All claims are DISMISSED."

      DONE AND ORDERED this ___10th___ day of ____February____, 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE